IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. 15-MJ-2135 |
| v. | : | |
| | : | |
| JAMES TYNER | : | |

**ORDER FOR DISMISSAL**

On October 9, 2015, the defendant was charged by criminal complaint in the above captioned case with possession of a firearm after a prior felony conviction in violation of 18 U.S.C. § 922(g). Tyner was subsequently charged via indictment and that case has since been resolved. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses the criminal complaint in the above captioned case.

Rod J. Rosenstein
United States Attorney

By _____/s/_____
Clinton J. Fuchs
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____    _____
Date                                              Honorable J. Mark Coulson
                                                     United States Magistrate Judge